# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00763-CV

## In re Riverbend Club, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Riverbend Club, LLC filed a petition for writ of mandamus from the trial court's order granting in part and denying in part real parties in interest's application for temporary injunction. Relator also filed an emergency motion for stay pending review. We requested a response, and real parties in interest sought an extension to file a response. We granted real parties in interest's motion to extend the deadline to file a response, but we also granted relator's motion for stay to the extent that it ordered Riverbend Club to produce certain financial documents. Real parties in interest have now filed a response to the petition.

Having reviewed the petition, response, and records provided, we deny the petition for writ of mandamus and lift this Court's temporary stay of the temporary injunction. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Filed: January 24, 2025